UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-28-21
```

BANK LEUMI USA,

        Interpleader-Plaintiff,

v.

TRADE FINANCE TRUST, a Delaware Statutory Trust, IIG TRADE FINANCE, LLC, in its capacity as the administrator of Trade Finance Trust, IIG BANK (MALTA) LTD., GIROBANK INTERNATIONAL, N.V., GIROBANK, N.V., VALERIE P. MARIA, in her capacity as the foreign representative of IIG Trade Opportunities Fund Ltd., CHRISTOPHER KENNEDY, in his capacity as a Joint Liquidator of IIG Global Trade Finance Fund Ltd. and of IIG Structured Trade Finance Fund, Ltd., ALEXANDER LAWSON, in his capacity as a Joint Liquidator of IIG Global Trade Finance Fund Ltd. and of IIG Structured Trade Finance Fund Ltd., TRILINC GLOBAL IMPACT FUND, LLC, TRILINC GLOBAL IMPACT FUND – TRADE FINANCE, LTD.,

        Defendants.

Case No.: 21-cv-04830

[~~PROPOSED~~] ORDER AUTHORIZING INTERPLEADER DISBURSEMENT OF FUNDS FROM THE DISPUTED OWNERSHIP FUND IN THE COURT REGISTRY INVESTMENT SYSTEM TO TRILINC GLOBAL IMPACT FUND – TRADE FINANCE, LTD.

Upon the Motion of TriLinc Global Impact Fund – Trade Finance, Ltd. ("TriLinc")[1] for an Order pursuant to 28 U.S.C. §§ 1335, 2041 and 2042 directing the Clerk of the Court to disburse to TriLinc those certain interpleader funds previously deposited in the Disputed Ownership Fund in the Court Registry Investment System in the amount of $300,589.36, plus any accrued interest; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1335; and venue being proper in this District pursuant to 28 U.S.C. § 1391(b)(2); and this Court having found TriLinc to be entitled to the relief set forth in this Order pursuant to 28 U.S.C. §§ 2041 and 2042; and due,

---

[1] Capitalized terms used, but not defined, herein shall have the meanings given to them in the Motion.

sufficient, and proper notice of the Motion having been provided, and it appearing that no other or future notice need be provided; and the Court having found and determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED that~~,~~ *to the extent set forth herein.*

1. The Motion [Docket No. 15] is GRANTED ~~as set forth herein.~~

2. Interpleader funds in the amount of $300,589.36 were previously ordered deposited into the Disputed Ownership Fund in the Court Registry Investment System ("CRIS") by Order dated August 26, 2021.[2] Those funds, plus any accrued interest, in the Disputed Ownership Fund in CRIS in this section shall be withdrawn and disbursed as follows:

   a. The Clerk of the Court shall deduct from the investment the authorized fee from the earned income, as authorized by the Judicial Conference and set by the Director of the Administrative Office. *less any deduction (per ¶ 1)*

   b. The remaining funds on deposit in the Disputed Ownership Fund in CRIS, ~~$300,589.36~~ *$294,110.36* plus any accrued interest thereon, shall be disbursed to TriLinc via check. Such check shall be made to the order of TriLinc and sent to the following address:

   TriLinc Global Impact Fund – Trade Finance, Ltd.
   c/o Morrison & Foerster LLP
   250 West 55th Street
   New York, NY 10019
   Attn: Joel C. Haims

Dated: Sept. 28, 2021
New York, New York

HONORABLE LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE

---

[2] These funds were deposited into CRIS from an account that was titled in the name of "Trade Finance Trust – TriLinc."