Jordan D. Weinreich, Esq. (jweinreich@shermanatlas.com)
SHERMAN ATLAS SYLVESTER & STAMELMAN LLP
1185 Avenue of the Americas, 3rd Floor
New York, New York 10036
212-763-6464



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9-28-21

*Attorneys for Interpleader-Plaintiff Bank Leumi USA*

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BANK LEUMI USA,<br><br>               Interpleader-Plaintiff,<br><br>   v.<br><br>TRADE FINANCE TRUST, a Delaware Statutory Trust, IIG TRADE FINANCE, LLC, in its capacity as the administrator of Trade Finance Trust, IIG BANK (MALTA) LTD., GIROBANK INTERNATIONAL, N.V., GIROBANK, N.V., VALERIE P. MARIA, in her capacity as the foreign representative of IIG Trade Opportunities Fund Ltd., CHRISTOPHER KENNEDY, in his capacity as a Joint Liquidator of IIG Global Trade Finance Fund Ltd. and of IIG Structured Trade Finance Fund, Ltd., ALEXANDER LAWSON, in his capacity as a Joint Liquidator of IIG Global Trade Finance Fund Ltd. and of IIG Structured Trade Finance Fund Ltd., TRILINC GLOBAL IMPACT FUND, LLC, TRILINC GLOBAL IMPACT FUND – TRADE FINANCE, LTD.,<br><br>               Defendants. | Case No.: 21-cv-04830-LAK<br><br>**ORDER AUTHORIZING<br>INTERPLEADER DISBURSEMENT<br>(28 U.S.C. § 1335)** |

THIS MATTER, having been brought before the Court by Sherman Atlas Sylvester & Stamelman LLP, attorneys for Interpleader-Plaintiff Bank Leumi USA ("Bank Leumi" or the "Bank"), and the Court having issued an Order, dated August 26, 2021 (Doc. No. 14), granting Bank Leumi's application for interpleader relief seeking to deposit into the Disputed Ownership

Fund in the Court Registry Investment System the balance in a certain account at Bank Leumi accounts maintained at the Bank, which totaled $300,589.36, and awarding the Bank its fees and costs in this matter, and permitting Bank Leumi to submit an application for same, it is hereby **ORDERED** that Bank Leumi's application for its fees and costs to be disbursed from the interpleaded funds is **GRANTED** as follows:

1. Bank Leumi shall be entitled to recover its attorneys' fees and costs from the funds deposited in the Disputed Ownership Fund in the Court Registry Investment System in connection with this matter; and

2. The Clerk of Court is hereby authorized and directed to issue a check from the funds deposited in the Disputed Ownership Fund in connection with this litigation in the amount of **Six Thousand Four Hundred and Seventy-Nine Dollars and No Cents ($6,479.00)**, made payable to **"Sherman Atlas Sylvester & Stamelman LLP Attorney Trust Account"**.

3. The Clerk of Court shall send the check by U.S. mail to:

   Jordan D. Weinreich, Esq.
   Sherman Atlas Sylvester & Stamelman LLP
   210 Park Avenue, 2nd Floor
   Florham Park, New Jersey 07932

4. The Clerk shall terminate Dkt. 17.  *[handwritten addition, initialed]*

Dated:  Sept. 28, 2021
   New York, New York

SO ORDERED:

*/s/ Lewis A. Kaplan*
HON. LEWIS A. KAPLAN, U.S.D.J.

4830-2949-5291, v. 1