UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
BANK LEUMI USA,

                Interpleader Plaintiff,

      -against-                                    21-cv-4830 (LAK)

TRADE FINANCE TRUST, et al.,

                Defendants.
------------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

       All funds which the interpleader plaintiff deposited into Court having been duly disbursed after notice to and an opportunity to be heard by defendants TriLinc Global Impact Fund - Trade Finance, Ltd. and TriLinc Global Impact Fund, LLC (collectively, "TriLinc"), the Clerk shall enter judgment discharging plaintiff from all liabilities to TriLinc arising herein. As the docket does not reflect that the defendants other than TriLinc ever were served or appeared, the complaint shall be dismissed without prejudice as to them for lack of prosecution, and the Clerk shall close the case.

       SO ORDERED.

Dated:      September 19, 2024

                                                      Lewis A. Kaplan
                                             United States District Judge