**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
BANK LEUMI USA,

                       Interpleader Plaintiff,

       -against-                                  21 **CIVIL** 4830 (LAK)

                                                       **<u>JUDGMENT</u>**

TRADE FINANCE TRUST, et al.,

                          Defendants.
----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 19, 2024, all funds which the interpleader plaintiff deposited into Court having been duly disbursed after notice to and an opportunity to be heard by defendants TriLinc Global Impact Fund - Trade Finance, Ltd. and TriLinc Global Impact Fund, LLC ( collectively, "TriLinc"), judgment is entered discharging plaintiff from all liabilities to TriLinc arising herein. As the docket does not reflect that the defendants other than TriLinc ever were served or appeared, the complaint is dismissed without prejudice as to them for lack of prosecution; accordingly, the case is closed.

**Dated:** New York, New York

        September 20, 2024

                                         **DANIEL ORTIZ**
                                  _____
                                  **Acting Clerk of Court**

                 **BY:**      *K. Mango*
                                  _____
                                    **Deputy Clerk**